**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Earl Jackson,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Joseph M. Arpaio,<br><br>　　　　Defendant. | No. CIV 05-1445-PHX-DGC (DKD)<br><br>**ORDER** |

It appearing to the Court that Defendant's Motion to Dismiss (Doc. #9), filed April 4, 2006, is now ready for the Court's consideration,

**IT IS THEREFORE ORDERED** withdrawing the reference to the current Magistrate Judge as to the Motion to Dismiss (Doc. #9). All other matters shall remain before the Magistrate Judge for disposition as appropriate.

DATED this 15th day of May, 2006.

David G. Campbell
United States District Judge